IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRANCE MASON,

    Petitioner,

v.

                                                      CASE NO. 3:18-cv-288-RV-GRJ

SECRETARY, FLORIDA DEP'T
OF CORRECTIONS,

    Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 29, 2018. (ECF No. 8.) Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The case is **DISMISSED without prejudice** for failure to prosecute and

failure to comply with an order of this Court.

    3.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 2nd day of July, 2018.

                      */s/ Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**